Sean J. Kirby
Gregory Hurley (*pro hac vice* admission pending)
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTHIAN DIAZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC.,<br><br>    Defendants. | CASE NO. 1:15-cv-09178-SAS<br><br>ECF Case<br><br>Judge:   Hon. Shira A. Scheindlin |

**CORPORATE DISCLOSURE STATEMENT FOR
THE HOME DEPOT, INC. AND HOME DEPOT U.S.A., INC.**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK:**

Defendants The Home Depot, Inc. and Home Depot U.S.A., Inc. (collectively, the "Defendants"), herby submit the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:  The Home Depot, Inc., is a publicly traded company that owns 10 percent or more of  Home Depot U.S.A., Inc.'s stock.

/ / /

/ / /

/ / /

Dated: February 22, 2016

By:    *s/ Sean J. Kirby*
SEAN KIRBY
skirby@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212.653.8700
Facsimile: 212.653.8701

-and-

GREGORY F. HURLEY
ghurley@sheppardmullin.com
*Pro Hac Vice Pending*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, Fourth Floor
Costa Mesa, California 92626
Telephone: 714.513.5100
Facsimile: 714.513.5130

*Attorneys for Defendants*